UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-078-RMP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY |
| v. | ) | |
| | ) | |
| DUANE A. MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is Defendant's unopposed Motion to Modify Conditions of Release to remove the condition of home detention.

**IT IS ORDERED** that Defendant's unopposed Motion **(ECF No. 77)** is **GRANTED**. The condition of home detention is removed. The Defendant shall abide by the standard conditions of pretrial release, including drug testing. All other conditions in the Order Setting Conditions of Release filed December 17, 2010, shall remain.

DATED May 25, 2011.


                            S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1