≤ PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 02 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Duane Martin     Docket No.     2:10CR00078-001-RMP

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Anne Sauther, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Duane Martin, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 17th day of December 2010, under the following conditions:

**Condition #26:** Defendant shall participate in intensive outpatient treatment.

**Condition #2:** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report a often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Duane Martin missed his outpatient treatment session on August 30, 2011.

**Violation #2:** Mr. Martin resides with his mother, however, he has not stayed at the residence since August 28, 2011. His current whereabouts are unknown.

**Violation #3:** Mr. Martin failed to check in with the U.S. Probation Officer on August 29, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    09/01/2011 |
| by | s/Anne L. Sauther |
|  | Anne L. Sauther<br>U.S. Probation Officer |

PS-8
Re: Martin, Duane
September 1, 2011
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 2, 2011
Date